ELIJAH F. ATCHISON and others *v.* SUSAN ELIZABETH PARKS and another.

APPEAL from the District Court of Carroll, *Curry*, J.

SIMON, J. This case is exactly similar to that just decided of *Hall and others* v. *Parks and another*. The injunction was obtain-

ed on the same grounds, and the same judgment was rendered by the inferior court. Being governed by the same rules, the injunction must be perpetuated in the same manner.

It is, therefore, ordered and decreed, that the judgment of the District Court be annulled and reversed; and that the injunction sued out in this case be perpetuated, as against the defendants in their capacity of tutor and tutrix; the costs in both courts to be borne by said defendants and appellees.

*Stacy* and *Sparrow* for the appellants.

*Selby*, for the defendants.